IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07- 71-UNA |
| YENTO BLYDEN, TREVOR BLYDEN, TERRANCE EVERETT and CHRISTOPHER BAXTER, | :  |
| Defendants. | : |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT I

1. From on or about April 17, 2007, to on or about April 18, 2007, in the State and District of Delaware, and elsewhere, YENTO BLYDEN, TREVOR BLYDEN, TERRANCE EVERETT and CHRISTOPHER BAXTER, defendants herein, did knowingly conspire together and with each other, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute and to distribute more than five hundred (500) grams of a mixture and substance containing a detectable amount of cocaine, a controlled substance, and more than 5 grams of cocaine base, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

All in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.



## COUNT II

2. On or about April 18, 2007, in the State and District of Delaware, TREVOR BLYDEN, defendant herein, did knowingly possess with intent to distribute more than five hundred grams of a mixture and substance containing a detectable amount of cocaine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT III

3. On or about April 18, 2007, in the State and District of Delaware, YENTO BLYDEN, defendant herein, did knowingly possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT IV

4. On or about April 18, 2007, in the State and District of Delaware, YENTO BLYDEN, defendant herein, did knowingly possess with intent to distribute more than five grams of a mixture and substance containing a detectable amount of cocaine base, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), and Title 18, United States Code, Section 2.

## NOTICE OF FORFEITURE

5. Upon conviction of one or more of the controlled substance offenses alleged in Counts I-IV above, YENTO BLYDEN, TREVOR BLYDEN, TERRANCE EVERETT and CHRISTOPHER BAXTER, defendants herein, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or

any manner or part, to commit, or to facilitate the commission of the said violations, including but not limited to:

$15,138 in United States Currency

1991 Lexus LS400, 729809

1993 Mercury Grand Marquis, 471269

2003 GMC Denali, PC159403

6. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred or sold to, or deposited with, a third party;

    (3) has been placed beyond the jurisdiction of the court;

    (4) has been substantially diminished in value; or

    (5) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

BY: *(signature)*
Douglas E. McCann
Assistant United States Attorney

Dated: May 22, 2007