IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-71 JJF |
| YENTO BLYDEN, TREVOR BLYDEN, TERRANCE EVERETT and CHRISTOPHER BAXTER, | : |
| Defendants. | : |

PETITION FOR WRIT OF
HABEAS CORPUS AD PROSEQUENDUM

Your Petitioner, the United States of America, by its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, respectfully states:

1. On May 22, 2007, Yento Blyden, Trevor Blyden, Terrance Everett, and Christopher Baxter were indicted for, among other things, conspiracy to possess with intent to distribute, and to distribute, more than 500 grams of cocaine, a controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

2. Yento Blyden, Trevor Blyden, Terrance Everett, and Christopher Baxter are all currently pretrial detainees on various State offenses. The defendants are detained at the Howard R. Young Correctional Institution, Wilmington, Delaware.

3. The defendants have not had an initial appearance in the District Court for the District of Delaware. A weekly schedule of Initial Appearances and Arraignments is scheduled for Thursday, June 21, 2007, at 1:00 p.m.

WHEREFORE, Petitioner prays that the Clerk of this Court be instructed to issue a Writ

FILED
JUN 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to the Warden for the Howard R. Young Correctional Institution, to bring the said defendants Yento Blyden, Trevor Blyden, Terrance Everett, and Christopher Baxter before this Court on ~~June 21, 2007~~ June 28, 2007, at 1:00 p.m. for an Initial Appearance and to be held in the custody of the U.S. Marshal until such time as these proceeding are complete.

                          Respectfully submitted,

                          COLM F. CONNOLLY
                          United States Attorney

                        By: /s/ Douglas E. McCann
                            Douglas E. McCann
                            Assistant United States Attorney

Dated: June 5, 2007

**IT IS SO ORDERED** this ___6___ day of ___June___, 2007.

                                                      HONORABLE MARY PAT THYNGE
                                                       United States Magistrate Court