IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-71-04 UNA |
| CHRISTOPHER BAXTER, | : |
| Defendant. | : |

**INFORMATION PURSUANT TO 21 U.S.C. § 851**

The United States Attorney for the District of Delaware alleges and charges pursuant to Title 21, United States Code, Section 851(a), that CHRISTOPHER BAXTER, defendant herein, is subject to the enhanced statutory penalties set forth in Title 21, United States Code, Sections 841, by virtue of the defendant's prior convictions for a felony drug offense, to wit, Maintaining a Vehicle for Keeping Controlled Substances, in the Superior Court of Delaware in and for New Castle County, date of conviction on or about July 28, 1992.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/ Douglas E. McCann
Douglas E. McCann
Assistant United States Attorney

Dated: July 9, 2007

## CERTIFICATE OF SERVICE

I, Douglas E. McCann, hereby certify that on July 9, 2007, I caused the foregoing Information Pursuant to 21 U.S.C. § 851 to be served on the following counsel in the manner indicated:

**BY CM/ECF**

John S. Malik, Esq.
100 East 14th. St.
Wilmington, DE 19801
(302) 427-2247
Fax: (302)427-2414
Email: jmalik@malik-law.com

_____
Douglas E. McCann