UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>**CHRISTOPHER BAXTER,**<br><br>        Defendant. | ) <br> ) <br> ) <br> ) <br> )  CASE NO. 07-71-4 JJF <br> ) <br> ) <br> ) <br> ) |

## O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on **7/19/07**          requested, through counsel, additional time to file pretrial motions.  The Court having considered the request,  it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until _September 7, 2007._ The time between the date of this order and  _September 7, 2007_ shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney



FILED

JUL 19 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE