AO 442(Rev. 12/85) Warrant for Arrest

## UNITED STATES DISTRICT COURT

### DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| v. | |
| CHRISTOPHER BAXTER | CASE NUMBER: 07-89M-4-MPT |
| | CR07-71-4-JJF |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Christopher Baxter__ when and as stated in the

Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

__ Indictment   Information   _X_ Complaint   __ Order of court   __ Violation Notice   __ Probation Violation Petition

charging the Defendant with (brief description of offense)

did knowingly conspire to possess with intent to distribute, more than 500 grams of cocaine, a controlled substance

in violation of Title __21__ United States Code, Section (s) __841(a)(1) and (b)(1)(B) and 846 and 18 U.S.C. Section 2__

Honorable Mary Pat Thynge
Name of Issuing Officer

United States Magistrate Judge
District of Delaware
Title of Issuing Officer

Signature of Issuing Officer

May 1, 2007    Wilmington, DE
Date and Location

Bail fixed at $ _____

by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____
SEPT King St. Wilm DE

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5-1-07 | William David  DUSM | William Davis |
| DATE OF ARREST | | |
| 7-25-07 | | |

FILED
JUL 30 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AO 442 (Rev. 12/85) Warrant for Arrest