IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-071-JJF |
| YENTO BLYDEN, TREVOR BLYDEN, TERRENCE EVERETT, CHRISTOPHER BAXTER, | : |
| Defendants. | : |

**O R D E R**

WHEREAS, on October 10, 2007 the Court held a scheduling conference in the above-captioned matter;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) Any pretrial motions shall be filed no later than November 2, 2007.

2) Any Plea Agreements shall be noticed by November 16, 2007.

3) A Status Conference will be held on November 20, 2007 at 10:30 a.m.

4) The time between the date of this Order and October 20, 2007, shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

October 31, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE

FILED
NOV 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE