IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-071 JJF |
| YENTO BLYDEN, TREVOR BLYDEN, TERRENCE EVERETT, CHRISTOPHER BAXTER, | : |
| Defendants. | : |

**O R D E R**

WHEREAS, the Court held a Scheduling Conference in the above-captioned action on November 20, 2007;

WHEREAS, Defendants Terrence Everett and Christopher Baxter have requested a thirty day continuance of this matter;

WHEREAS, the Court has concluded that a continuance is warranted in the interests of justice;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Defendants' request for a continuance is **GRANTED**.

2. The time between the date of this Order and December 10, 2007 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

November 20, 2007
DATE

UNITED STATES DISTRICT JUDGE

FILED
NOV 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE