IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-071-3-4 JJF |
| TERRENCE EVERETT, CHRISTOPHER BAXTER, | : |
| Defendants. | : |

**O R D E R**

WHEREAS, the Court held a Scheduling Conference in the above-captioned action on November 20, 2007;

WHEREAS, Defendants Terrence Everett and Christopher Baxter requested a continuance of this matter;

WHEREAS, the Court has concluded that a continuance is warranted in the interests of justice;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Defendants' request for a continuance is **GRANTED**.

2. A Scheduling Conference will be held on **January 11, 2008 at 10:30 a.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

2. The time between November 20, 2007 and January 11, 2008 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)



December 11, 2007
DATE

UNITED STATES DISTRICT JUDGE

FILED
DEC 11 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE