AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     DELAWARE

UNITED STATES OF AMERICA

V.

CHRISTOPHER BAXTER

**WARRANT FOR ARREST**

Case Number: CR 07-71-4-UNA-JJF

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    __CHRISTOPHER BAXTER__
                                                                           Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice

charging him or her with    (brief description of offense)

CONSPIRACY TO DISTRIBUTE MORE THAN 5 GRAMS OF COCAINE BASE - ( COUNT I );

in violation of Title __21__ United States Code, Section(s) __846 AND 18:2__

PETER T. DALLEO
Name of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

BY: _____ DEPUTY CLERK
Signature of Issuing Officer

MAY 23, 2007 at WILMINGTON, DE
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

844 King St. Wilm DE

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5-23-07 | William David, DUSM | William David |
| DATE OF ARREST | | |
| 6-28-07 | | |