# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>CHRISTOPHER BAXTER<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§ | RECEIVED<br><br>CRIMINAL ACTION NO.07-71-4 (JJF)<br><br>2007 JUN 27 A 9:03<br><br>U.S. MARSHALS<br>WILMINGTON DEL |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: DAVID THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE, WARDEN OF HOWARD R. YOUNG CORRECTIONAL INSTITUTE, WILMINGTON, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **CHRISTOPHER BAXTER** who is now detained and imprisoned in the **HOWARD R. YOUNG CORRECTIONAL INSTITUTE** and who is a defendant in the above-entitled cause, in which cause the said **CHRISTOPHER BAXTER** was charged with CONSPIRACY WITH THE INTENT TO DISTRIBUTE, MORE THAN 500 GRAMS OF COCAINE a violation of Title 21 U.S. Code, Section 841(a)(1) and 846 for an **INITIAL APPEARANCE on THURSDAY, JUNE 28, 2007 at 1:00 P.M.** and to remain in the custody of the U.S. Marshal until the federal charges are resolved.

And have you then and there this writ.

To the Marshal of the District of Delaware to execute. WITNESS the Honorable Mary Pat Thynge, U.S. Magistrate Judge of the District Court of the United States for the District of Delaware, this 8th day of June, 2007.

PETER T. DALLEO, CLERK

By: _____
    Deputy Clerk

CERTIFIED:
AS A TRUE COPY:
    ATTEST:
PETER T. DALLEO, CLERK
BY _____
    Deputy Clerk

[Stamp: FILED 2008 MAR 10 AM 9:17 CLERK, U.S. DISTRICT COURT DISTRICT OF DELAWARE]