IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-71 JJF |
| CHRISTOPHER BAXTER, *et al.*, | : | |
| Defendants. | : | |

**MOTION TO CONTINUE TRIAL**

The United States, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, hereby moves to continue the trial in this matter until April 21, 2008. The grounds for this Motion are as follows:

1. The Indictment in this case was returned on May 22, 2007, and charged Yento Blyden, Trvor Blyden, Christopher Baxter and Terrence Everett with violations of federal narcotics laws.

2. Yento Blyden and Trevor Blyden entered guilty pleas on November 26, 2007. Christopher Baxter and Terrence Everett have thus far indicated that they intend to go to trial.

3. On January 11, 2008, the Court held a scheduling conference in this action. The Court set a trial control date of March 21, 2008; however, the Court indicated that, in order to allow plea discussions to continue, and in consideration of the representations of government and defense counsel about their calendars, the Court would on request continue the trial until April 21, 2008.

4. A brief continuance to April 21, 2008, to allow the parties to continue plea discussions and to further prepare the case for trial outweighs the defendants' and the public's right to a speedy trial and is in the interests of justice.

WHEREFORE, the United States respectfully requests that the Court continue trial in this action until April 21, 2008.

                                                Respectfully submitted,

                                                COLM F. CONNOLLY
                                                United States Attorney

                                       By: _____
                                                Douglas E. McCann
                                                Assistant United States Attorney
                                                1007 Orange Street
                                                Suite 700
                                                P.O. Box 2046
                                                Wilmington, Delaware 19899-2046
                                                (302) 573-6277

DATED: March 20, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-71 JJF |
| CHRISTOPHER BAXTER, *et al.*, | : | |
| Defendants. | : | |

**ORDER**

WHEREAS, the Court set a trial control date of March 21, 2008;

WHEREAS, the United States filed a Motion to Continue Trial until April 21, 2008;

WHEREAS, based on the Motion to Continue Trial and the discussions with counsel for the government and the defendants at the scheduling conference on January 11, 2008, the Court finds that a brief continuance of trial in this matter until April 21, 2008, is in the interests of justice and outweighs the defendants' and the public's interest in a speedy trial;

NOW THEREFORE, IT IS HEREBY ORDERED this _____ day of _____, 2008, that trial in this matter is continued until April 21, 2008. The Court finds that a continuance until April 21, 2008, is in the interests of justice and excludes the time between the date of this Order and April 21, 2008, from the computation of time under the Speedy Trial Act.

HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

    I, Douglas E. McCann hereby certify that I caused copies of the foregoing Motion to Continue Trial to be served this 20th day of March 2008, on the following counsel in the manner indicated:

BY CM/ECF

John S. Malik, Esq.
100 East 14th. St.
Wilmington, DE 19801
(302) 427-2247
Fax: (302)427-2414
Email: jmalik@malik-law.com


BY HAND

Peter N. Letang, Esquire
1716 Wawaset Street
P.O. Box 188
Wilmington, DE 19899-0188
(302) 656-7247

                                                                             Douglas E. McCann