IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-71 JJF |
| CHRISTOPHER BAXTER, et al., | : |
| Defendants. | : |

**ORDER**

WHEREAS, the Court set a trial control date of March 21, 2008;

WHEREAS, the United States filed a Motion to Continue Trial until April 21, 2008;

WHEREAS, based on the Motion to Continue Trial and the discussions with counsel for the government and the defendants at the scheduling conference on January 11, 2008, the Court finds that a brief continuance of trial in this matter until April 21, 2008, is in the interests of justice and outweighs the defendants' and the public's interest in a speedy trial;

NOW THEREFORE, IT IS HEREBY ORDERED this _20_ day of _March_, 2008, that trial in this matter is continued until April 21, 2008. The Court finds that a continuance until April 21, 2008, is in the interests of justice and excludes the time between the date of this Order and April 21, 2008, from the computation of time under the Speedy Trial Act.

HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE



FILED
MAR 20 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE