IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Cr.A. No. 07-71-JJF |
| | : | |
| CHRISTOPHER BAXTER, | : | |
| | : | |
| Defendant. | : | |

**MOTION REQUESTING LEAVE TO WITHDRAW AS COUNSEL**

**COMES NOW,** John S. Malik, counsel for Defendant Christopher Baxter, and respectfully requests that this Honorable Court grant counsel leave to withdraw his appearance on behalf of Defendant Baxter based upon the following grounds:

1. On or about June 28, 2007, counsel entered his appearance on behalf of Defendant Christopher Baxter in the above captioned criminal action.

2. Counsel seeks to withdraw his appearance as attorney for Defendant Baxter based upon Defendant Baxter's refusal to cooperate with counsel in discussing strategies to resolve the instant criminal action either via entry of a guilty plea or via trial.

3. Defendant Baxter's refusal to cooperate with counsel is illustrated by the following specific instance. On March 27, 2008, counsel met with Mr. Baxter at the Howard R. Young Correctional Institute in order to discuss the government's final plea offer and the March 28, 2008 deadline the government had set for accepting said plea offer. Mr. Baxter became frustrated with the government's plea offer and walked out of his meeting with counsel without advising counsel what his defense would be and without discussing any trial strategy with defense counsel.

4. Counsel submits that this type of conduct on behalf of Mr. Baxter manifestly establishes his refusal to cooperate with counsel in the preparation of the defense of his case. Furthermore, counsel believes that Mr. Baxter's walking out on counsel during a critical meeting regarding his case evinces an irreconcilable breakdown in the attorney/client relationship to the extent that counsel believes that he will not be able to render effective assistance to Mr. Baxter.

5. In a serious felony drug conspiracy case, it is critical that a client cooperate fully and completely with counsel in order that counsel may discharge their duties in a way that fully protects the client's best interests.

6. Since Mr. Baxter has refused to cooperate with counsel in the preparation of his case, counsel requests that his appearance on behalf of Defendant Baxter be withdrawn.

**WHEREFORE,** John S. Malik, counsel for Defendant Christopher Baxter respectfully requests that this Honorable Court grant counsel leave to withdraw his appearance on behalf of Defendant Baxter.

                                Respectfully submitted,

                                /s/ John S. Malik
                                JOHN S. MALIK
                                East 14th Street
                                Wilmington, Delaware 19801
                                (302) 427-2247

Dated: March 28, 2008

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Cr.A. No. 07-71-JJF |
| CHRISTOPHER BAXTER, | : | |
| Defendant. | : | |

### **ORDER**

**AND NOW, TO WIT,** this _____ day of April, A.D., 2008, counsel's Motion Requesting Leave to Withdraw his appearance on behalf of Defendant Christopher Baxter having been duly heard and considered,

**IT IS SO ORDERED**:

That the appearance of John S. Malik on behalf of Defendant Christopher Baxter in the above captioned criminal action is hereby withdrawn.

_____
THE HONORABLE JOSEPH J. FARNAN, JR.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | :    Cr.A. No. 07-71-JJF |
| CHRISTOPHER BAXTER, | : |
| Defendant. | : |

**CERTIFICATE OF SERVICE**

I, John S. Malik, hereby certify this 28th day of March, A.D., 2008, that two copies of the attached **Motion Requesting Leave to Withdraw as Counsel** were served either electronically or via United States Mail, first class postage prepaid, to the individuals listed below at the following addresses:

| **SERVED ELECTRONICALLY** | **SERVED VIA U.S. MAIL** |
|---|---|
| Colm F. Connolly, Esquire<br>United States Attorney<br>Douglas McCann, Esquire<br>Assistant United States Attorney<br>United States Attorney's Office<br>Nemours Building<br>1007 Orange Street, 7th Floor<br>Wilmington, Delaware 19801 | Mr. Christopher Baxter<br>H.R.Y.C.I.<br>P.O. Box 9561<br>Wilmington, Delaware 19809 |

/s/ John S. Malik
JOHN S. MALIK
100 East 14th Street
Wilmington, Delaware 19801
(302) 427-2247