IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07-71-JJF |
| ) | |
| YENTO BLYDEN, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney Douglas E. McCann as attorney of record on behalf of the United States of America, and enter the appearance of United States Attorney Colm F. Connolly.

                                                Colm F. Connolly
                                                United States Attorney
                                                Nemours Building, #700
                                                P.O. Box 2046
                                                Wilmington, Delaware  19899-2046
                                                colm.connolly@usdoj.gov

Dated:  April 4, 2008

## CERTIFICATE OF SERVICE

I, Theresa A. Jordan, an employee with the United States Attorney's Office, hereby certify that on April 4, 2008, I electronically filed the foregoing:

## NOTICE OF SUBSTITUTION OF COUNSEL

with the Clerk of the Court using the CM/ECF and served counsel of record as follows:

| BY ECF | BY FIRST CLASS MAIL |
|---|---|
| Christopher S. Koyste, LLC<br>800 North King Street<br>Suite 302<br>Wilmington, DE 19801 | Peter N. Letang, Esquire<br>1716 Wawaset Street<br>P.O. Box 188<br>Wilmington, DE 19899-0188 |
| John S. Malik, Esq.<br>100 East 14th. St.<br>Wilmington, DE 19801 | Thomas A. Pedersen, Esquire<br>2 N. Race Street<br>Georgetown, DE 19947 |

*Theresa A. Jordan*