IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-071-4 JJF |
| CHRISTOPHER BAXTER, | : | |
| Defendant. | : | |

### O R D E R

WHEREAS, a Motion Requesting Leave to Withdraw as Counsel (D.I. 78) has been filed in the above-captioned matter;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A hearing will be held on **April 23, 2008 at 12:15 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

April 18, 2008
DATE

_____
UNITED STATES DISTRICT JUDGE

FILED
APR 18 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE