IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-071-4 JJF |
| CHRISTOPHER BAXTER, | : | |
| Defendant. | : | |

## O R D E R

WHEREAS, on April 23, 2008, the Court held a Hearing regarding counsel's Motion Requesting Leave to Withdraw as Counsel (D.I. 78);

WHEREAS, Defendant was present for the hearing and agrees to waive speedy trial time in order to allow for the Court to appoint him counsel;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) The Motion Requesting Leave to Withdraw as Counsel (D.I. 78) is GRANTED.

2) The appearance of John S. Malik on behalf of Defendant is hereby withdrawn.

3) The Clerk of the Court shall appoint counsel to represent Defendant in this case until further order of the Court.

4) The time between the date of this Order and the appointment of counsel shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

April 24, 2008                    [signature]
DATE                              UNITED STATES DISTRICT JUDGE

APR 24 2008
U.S. DISTRICT COURT