OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

PETER T. DALLEO
  Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

May 9, 2008

Thomas Dreyer, Esq.
Chadds Ford Professional Center
6 Dickinson Drive
Building 100 - Suite 106
Chadds Ford, PA 19317

                RE: U.S. v. Christopher Baxter
                C.R. 07-71-4-JJF

Dear Mr. Dreyer:

    Enclosed is a copy of the Court's order appointing you counsel under the Criminal Justice Act in the above criminal case. This appointment requires representation of the defendant for all proceedings in this Court. When the proceedings in this Court are completed, the attached voucher should be submitted to this office <u>within 45 days</u> for approval of payment. Please complete box 21, Case Disposition, using the Case Disposition Codes provided.

    If an appeal is taken in this matter the Court of Appeals will generally appoint you to represent the defendant for the appellate proceedings. The Clerk of the 3rd Circuit Court of Appeals will issue another CJA voucher for service rendered in their Court. If the Notice of Appeal is filed and you wish to withdraw as counsel, please address said motion to the Clerk, 3rd Circuit Court of Appeals.

                    Sincerely,

                    PETER T. DALLEO, CLERK

BY: *Brian K Blackwell*
                  Brian K. Blackwell
                    Deputy Clerk

PTD/bkb
enclosure