IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-71-4-JJF |
| | ) | |
| CHRISTOPHER BAXTER, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>MOTION TO CONTINUE SENTENCING</u>

NOW COMES the United States of America, by and through its attorney, Colm F. Connolly, United States Attorney for the District of Delaware, and hereby moves to continue sentencing in this matter. The grounds for this motion are:

1.    In the interests of justice the government believes sentencing of defendant Baxter should take place after sentencing of defendants Yento Blyden and Trevor Blyden.

2.    Counsel for defendant Baxter joins in this motion.

WHEREFORE, the United States respectfully requests that the Court continue sentencing in this action. A proposed form of order is attached.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

Dated:  June 25, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　v.　　　　　　　　　)　　Criminal Action No. 07-71-04-JJF
　　　　　　　　　　　　　　　　　)
CHRISTOPHER BAXTER,　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　Defendant.　　　　　 )

## **ORDER**

WHEREAS, sentencing in this matter is scheduled for September 3, 2008, and

WHEREAS, the United States has filed a Motion to Continue Sentencing until after

defendants Yento Blyden and Trevor Blyden have been sentenced in this case;

IT IS HEREBY ORDERED this _____ day of _____, 2008, that the motion is

granted. Sentencing is continued to _____ at _____ ___.m., in Courtroom 4B,

J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware 19801.


_____
HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Theresa A. Jordan, an employee with the United States Attorney's Office, hereby certify that on June 25, 2008, I electronically filed the foregoing:

## MOTION TO CONTINUE SENTENCING

with the Clerk of the Court using the CM/ECF and served counsel of record as follows:

| BY ECF | BY FIRST CLASS MAIL |
|---|---|
| Christopher S. Koyste, LLC | Peter N. Letang, Esquire |
| 800 North King Street | 1716 Wawaset Street |
| Suite 302 | P.O. Box 188 |
| Wilmington, DE 19801 | Wilmington, DE 19899-0188 |
| | |
| Thomas Dreyer, Esq. | Thomas A. Pedersen, Esquire |
| Chadds Ford Professional Center | 2 N. Race Street |
| 6 Dickinson Drive | Georgetown, DE 19947 |
| Building 100, Suite 106 | |
| Chadds Ford, PA 19317 | |

*Theresa A. Jordan*