IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07-71-04-JJF |
| ) | |
| CHRISTOPHER BAXTER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

WHEREAS, sentencing in this matter is scheduled for September 3, 2008, and

WHEREAS, the United States has filed a Motion to Continue Sentencing until after defendants Yento Blyden and Trevor Blyden have been sentenced in this case;

IT IS HEREBY ORDERED this __8__ day of __July__, 2008, that the motion is granted. Sentencing is continued to __TBD__ at _____.m., in Courtroom 4B, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware 19801.

HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE