IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-071-4 JJF |
| CHRISTOPHER BAXTER, | : |
| Defendant. | : |

### **O R D E R**

WHEREAS, the Court has granted the Government's Motion to Continue Sentencing (D.I. 105) set for September 3, 2008;

NOW THEREFORE, IT IS HEREBY ORDERED that Sentencing will be held on **October 8, 2008 at 11:00 a.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

July 17, 2008
DATE

UNITED STATES DISTRICT JUDGE