IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
UNITED STATES OF AMERICA,      :
                               :
          Plaintiff,           :
                               :
     v.                        : Criminal Action No. 07-071-4 JJF
                               :
CHRISTOPHER BAXTER,            :
                               :
          Defendant.           :
```

### O R D E R

WHEREAS, the Court grants Probation's request to briefly postpone the Sentencing in the above-captioned matter;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) Sentencing set for October 8, 2008 is CANCELLED.

2) Sentencing will be held on **November 5, 2008 at 3:00 p.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

September 3, 2008
DATE

UNITED STATES DISTRICT JUDGE